**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 15, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00201-CV

---

**ADVANCED TECHNOLOGY TRANSFER AND INTELLECTUAL PROPERTY GROUP, LLC TRUSTEE FOR DIOGU KALU DIOGU II; ADVANCED TECHNOLOGY TRANSFER AND INTELLECTUAL PROPERTY GROUP, LLC TRUSTEE FOR NNAJA MAYA KALU,** Appellant

V.

**FORT BEND COUNTY; LAMAR CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; FORT BEND EMERGENCY SERVICE DISTRICT # 04; TOWN OF FULSHEAR; FORT BEND COUNTY GENERAL FUND; FORT BEND COUNTY DRAINAGE DISTRICT,** Appellee

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 04-DCV-134011**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 19, 2019. On July 25,

2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.